The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GYEONG JIE LEE,<br><br>Defendant. | NO. CR20-167 RAJ<br><br>DISCOVERY PROTECTIVE ORDER |

This matter, having come to the Court's attention on the Stipulation for Entry of a Discovery Protective Order submitted by the United States of America and Defendant Gyeong Jie Lee, and the Court, having considered the motion, and being fully advised in this matter, hereby enters the following PROTECTIVE ORDER:

1. Protected Material

The following documents and materials are deemed Protected Material. The United States will make available copies of the Protected Materials, including those filed under seal, to defense counsel to comply with the government's discovery obligations. Possession of copies of the Protected Materials is limited to the attorneys of record, and investigators, paralegals, law clerks, experts, and assistants for the attorneys of record (hereinafter collectively referred to as members of the defense team). The defense is

DISCOVERY PROTECTIVE ORDER - 1
*United States v. Gyeong Jie Lee,* CR20-167 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

1  allowed to share the defendant's medical records with the defendant's family members.
2  This category of Protected Materials will be marked and labeled as "Protected Material":

3      a.    All medical records;
4      b.    [001] Interview of Gyeong Jie Lee
5      c.    [002] Interview of S.J.Y.
6      d.    [003] Interview of J.Y.L.
7      e.    [004] Interview of K.H.
8      f.    [005] Interview of K.Y.
9      g.    [006] Interview of M.P.
10     h.    [036] Interview of E.P.
11     i.    [037] Interview of H.M.
12     j.    [043-047] Korean Air Manifest and Crew List
13     k.    [048-355] Gyeong Jie Lee Medical Records
14     l.    [365-372] In-Flight Videos

15     2.    <u>Scope of Review of Protected Material</u>

16 Defense attorneys of record and members of the defense team may display and
17 review the Protected Material with the Defendant. The attorneys of record and members
18 of the defense team acknowledge that providing copies of the Protected Material to the
19 Defendant and other persons is prohibited, and agree not to duplicate or provide copies of
20 Protected Material to the Defendant and other persons. The defense is allowed to share
21 the defendant's medical records with the defendant's family members.

22     3.    <u>Consent to Terms of Protective Order</u>

23 Members of the defense team shall provide written consent and acknowledgement
24 that they will each be bound by the terms and conditions of this Protective Order. The
25 written consent need not be disclosed or produced to the United States unless requested
26 by the Assistant United States Attorney and ordered by the Court.
27 ///
28 ///

DISCOVERY PROTECTIVE ORDER - 2
*United States v. Gyeong Jie Lee,* CR20-167 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

1  4. Parties' Reciprocal Discovery Obligations

2  Nothing in this order should be construed as imposing any discovery obligations
3  on the government or the defendant that are different from those imposed by case law and
4  Rule 16 of the Federal Rules of Criminal Procedure, and the Local Criminal Rules.

5  5. Filing of Protected Material

6  Any Protected Material that is filed with the Court in connection with pre-trial
7  motions, trial, sentencing, or other matter before this Court, shall be filed under seal and
8  shall remain sealed until otherwise ordered by this Court.  This does not entitle either
9  party to seal their filings as a matter of course.  The parties are required to comply in all
10 respects to the relevant local and federal rules of criminal procedure pertaining to the
11 sealing of court documents.

12 6. Non-termination

13 The provisions of this Order shall not terminate at the conclusion of this
14 prosecution.

15 7. Violation of Protective Order

16 Any violation of any term or condition of this Order by the Defendant, his
17 attorney(s) of record, any member of the defense team, or any attorney for the
18 United States Attorney's Office for the Western District of Washington, may be held in
19 contempt of court, and/or may be subject to monetary or other sanctions as deemed
20 appropriate by this Court.

21 If the Defendant violates any term or condition of this Order, the United States
22 reserves its right to seek a sentencing enhancement for obstruction of justice, or to file
23 any criminal charges relating to the Defendant's violation.

24 DATED this 15th day of October, 2020.

25
26 *Richard A. Jones*
27 The Honorable Richard A. Jones
28 United States District Judge

DISCOVERY PROTECTIVE ORDER - 3
*United States v. Gyeong Jie Lee,* CR20-167 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970