HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>v.<br><br>GYEONG JEI LEE,<br><br>                             Defendant. | No. CR 20-167-RAJ<br><br>ORDER GRANTING MOTION TO SEAL SUPPLEMENTAL RESPONSE BRIEF |

THIS MATTER has come before the undersigned on the motion to defendant, GYEONG JEI LEE, for an order that his Supplemental Response to the United States' Motion for Competency Examination and Hearing be filed under seal and secured from public access until further order by the Court. Finding good cause,

IT IS HEREBY ORDERED that Defendant's Motion to Seal (Dkt. #29) is GRANTED.

DATED this 20th day of October, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1