HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>v.<br><br>GYEONG JEI LEE,<br><br>                                  Defendant. | No.  CR 20-167-RAJ<br><br>ORDER GRANTING MOTION TO SEAL SUPPLEMENTAL MEMORANDUM ON DETENTION HEARING AND EXHIBITS |

THIS MATTER has come before the undersigned on the motion of defendant, GYEONG JEI LEE, for an order that his Supplemental Memorandum on Detention Hearing and accompanying Exhibits 7-10 be filed under seal and secured from public access until further order by the Court.  Finding good cause,

IT IS HEREBY ORDERED that Defendant's Motion to Seal (Dkt. #31) is GRANTED.

DATED this 20th day of October, 2020.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1