The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-167 RAJ |
|---|---|
| Plaintiff | |
| v. | ORDER GRANTING UNITED STATES' MOTION TO SEAL |
| GYEONG JEI LEE, | |
| Defendant. | |

Having considered the United States' Motion to Seal Reply to Defendant's Supplemental Response to the Government's Motion for a Competency Examination and Hearing, and the files and records herein, and having found there are compelling reasons for the United States' reply to remain under seal,

IT IS ORDERED that the United States' Motion to Seal (Dkt. #38) is GRANTED and its reply brief shall remain under seal.

DATED this 20th day of October, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNITED STATES' MOTION TO SEAL
*United States v. Gyeong Jie Lee,* CR20-167 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970