The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-167 RAJ |
|---|---|
| Plaintiff | |
| v. | ORDER GRANTING UNITED STATES' MOTION TO FILE A REPLY IN EXCESS OF SIX PAGES |
| GYEONG JEI LEE, | |
| Defendant. | |

The Court, having reviewed the Motion of the United States to File a Reply in Excess of Six Pages, and finding good cause, hereby states:

IT IS HEREBY ORDERED that the Motion (Dkt. #40) is GRANTED. The United States may file its Reply to Defendant's Supplemental Response to Government's Motion for a Competency Examination and Hearing that does not exceed 8 pages in length.

DATED this 20th day of October, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNITED STATES' MOTION
TO FILE A REPLY IN EXCESS OF SIX PAGES
*United States v. Gyeong Jei Lee,* CR20-167 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970