The Honorable Richard A. Jones

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-167 RAJ |
| Plaintiff, | ORDER GRANTING MOTION TO SEAL |
| v. | |
| GYEONG JEI LEE, | |
| Defendant. | |

Having considered the records of this case and the United States' joint motion and order for an Amended Competency Order, the Court finds there are compelling reasons to file this motion and order under seal. Accordingly, the United States' Motion to Seal (Dkt. # 52) is GRANTED.

DATED this 16th day of December, 2020.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL – 1
*United States v. Gyeong Jei Lee*, CR 20-167 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970