1   The Honorable Richard A. Jones

2

3

4

5

6

7           UNITED STATES DISTRICT COURT FOR THE
                WESTERN DISTRICT OF WASHINGTON
8                          AT SEATTLE

9

10  UNITED STATES OF AMERICA,              NO. CR 20-167 RAJ

11                    Plaintiff
                                           ORDER GRANTING PARTIES'
12                                         MOTION TO CONTINUE TRIAL
                                           DATE AND PRETRIAL MOTIONS
13               v.                        DUE DATE

14  GYEONG JEI LEE,

15                    Defendant.

16

17       THE COURT has considered the United States' unopposed motion to continue the

18  trial date and pretrial motions deadline, and the facts and circumstances described therein,

19  which are hereby incorporated as findings of fact, and finds that:

20       (a)    a failure to grant a continuance would likely result in a miscarriage of

21  justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

22       (b)    the Defendant and the United States have entered into a written Pretrial

23  Diversion Agreement, with the approval of the Court, requiring the Defendant to abide by

24  certain conditions for a period of eighteen months in order to "demonstrate his good

25  conduct," as set forth in 18 U.S.C. § 3161(h)(1); and

26       (c)    the ends of justice will best be served by a continuance, and the ends of

27

28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

justice outweigh the best interests of the public and the Defendant in a speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to November 22, 2022, and that pretrial motions shall be filed no later than November 4, 2022. The time for trial is tolled during the period from the date of this Order, through the new trial date of November 22, 2022.

DATED this 12th day of May, 2021.

_____
HON. RICHARD A. JONES
United States District Judge

Presented by:

*/s/ Marie M. Dalton*
*/s/ Cecelia Y. Gregson*
Assistant United States Attorneys

*/s/ Emily Gause*
Attorney for Defendant

ORDER GRANTING PARTIES' MOTION TO CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS DUE DATE
*U.S. v Lee*, CR20-167 - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970