The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GYEONG JEI LEE,<br><br>Defendant. | NO. CR20-167 RAJ<br><br>ORDER GRANTING MOTION TO SEAL STATUS COMPLIANCE MEMORANDUM |

Based upon the motion of the United States, and the representations made therein, and good cause having been shown:

IT IS HEREBY ORDERED that the government's Motion to Seal (Dkt. # 67) is GRANTED. The government's Supplemental Memorandum shall be sealed and shall remain sealed.

DATED this 22nd day of November 2021.

*Richard A. Jones*
RICHARD A. JONES
United States District Judge

ORDER TO SEAL COMPLIANCE STATUS MEMORANDUM - 1
*United States v. Lee,* CR20-167 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970