The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>GYEONG JEI LEE,<br><br>              Defendant. | CASE NO. 2:20-cr-00167-RAJ<br><br>ORDER GRANTING MOTION TO SEAL STATUS COMPLIANCE MEMORANDUM |

Based upon the motion of the United States, and the representations made therein, and good cause having been shown,

IT IS HEREBY ORDERED that the government's Motion to Seal (Dkt. 70) is GRANTED. The Joint Status Compliance Memorandum shall be sealed and shall remain sealed.

DATED this 12th day of May, 2022.

*Richard A. Jones*
HON. RICHARD A. JONES
United States District Judge